UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 252 HEALTH SERVICES AND INSURANCE PLAN, And PAUL A. MACDONALD, in his Official capacity as Executive Director

V. C.A. No.: 05 279T

PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., And PATRIOT RECYCLING AND PROCESSING, INC.

# ANSWER

Comes now the Defendants, Patriot Hauling Co., Inc., Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc., by and through counsel, and for their Answer states as follows:

## Introduction

1. Defendants admit that Plaintiffs' action is an action to compel payment of contributions, interest and penalties pursuant to Employee Retirement Income Security Act ("ERISA"), but deny Plaintiffs' entitlement thereunder and leave Plaintiffs to their specific proof thereof.

## Parties and Jurisdiction

2. Defendants admit the allegation as set forth in Paragraph 2.

3. Defendants admit the allegation as set forth in Paragraph 3.

4. Defendant, Patriot Hauling Co., Inc., admits the allegation as set forth in Paragraph 4.

5. Defendants, Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc., admit the allegations as set forth in Paragraph 5.

6. Jurisdiction is admitted.

## Facts

7. Defendants admit the allegations as set forth in Paragraph 7.

8. Defendants admit the allegations as set forth in Paragraph 8.

9. Defendants admit the allegations as set forth in Paragraph 9.

10. Defendant, Patriot Hauling, admits the allegations as set forth in Paragraph 10.

11. Defendant, Patriot Hauling, admits the allegations as set forth in Paragraph 11.

12. Defendants deny the allegations as set forth in Paragraph 12.

**COUNT I**

13. Defendants hereby incorporate by reference paragraphs 1. through 12. of its Answer as if fully set forth herein.

14. Defendants deny the allegations as set forth in Paragraph 14.

15. Defendants deny the allegations as set forth in Paragraph 15.

**COUNT II**

16. Defendants hereby incorporate by reference paragraphs 1. through 15. of its Answer as if fully set forth herein.

17. Defendants deny the allegations as set forth in Paragraph 17.

18. Defendants deny the allegations as set forth in Paragraph 18.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants demand that Plaintiffs' Complaint be dismissed, that judgment enter in favor of your Defendants, and any other relief this Court deems just and proper.

Respectfully submitted,
On behalf of Defendants,
By their attorney,

Fred J. Volpe #1891
MOSCA AND VOLPE
P.O. Box 444
130 Tower Hill Road
N. Kingstown, RI 02852
Tel.: (401)295-5323
Fax: (401) 295-7788

DATED: July 13, 2005

**AFFIRMATIVE DEFENSE**

1. Defendants, Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc., are not parties to any collective bargaining agreement and/or trust agreement relative to Plaintiffs' Complaint.

Fred J. Volpe #1891
MOSCA AND VOLPE
P.O. Box 444
130 Tower Hill Road
N. Kingstown, RI 02852
Tel.: (401)295-5323
Fax: (401)295-7788

DATED: July 13, 2005

**CERTIFICATION**

I, Fred J. Volpe, hereby certify that I forwarded a true copy of the within Answer to Elizabeth Wiens, Esquire, GURSKY LAW ASSOCIATES, 420 Scrabbletown Road, Suite C, N. Kingstown, RI 02852, by regular mail, postage prepaid, on the 14 day of July, 2005.

Fred J. Volpe

FILED
14 A 11:10