**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v. C.A. No. 05-279T

PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.
Defendants.

**MOTION TO EXTEND DISCOVERY PERIOD**

Now come Plaintiffs, through counsel, and hereby move this Court for an order enlarging the pre-trial factual discovery deadline to **October 15, 2006** and all other deadlines in the pre-trial order an additional sixty days. As reasons therefore, Plaintiffs state as follows:

1. Plaintiffs filed this action seeking enforcement of Defendant Patriot Recycling and Processing's obligations under a collective bargaining agreement ("CBA") with Teamsters Local 251 ("the Union") to (1) allow Plaintiffs to conduct an audit of its records as well as the records of "related companies"[1] Defendants Patriot Hauling and Patriot Disposal and (2) to make contributions to the Fund, an employee benefit plan within the meaning of Sections 3(1) and 3(2) of ERISA, 29 U.S.C. §1002(1)&(2).

[1] "Related companies" are companies which have the same ownership/officers and may share equipment and payrolls.

2. Defendants' counsel has agreed to allow the Fund to review the records of Defendant Patriot Recycling and Processing, but has refused to allow the Fund to review the records of the other Defendants.

3. Plaintiffs allege that the other two companies are alter-egos of Defendant Patriot Recycling and Processing. In order to prove this, Plaintiffs will seek to, *inter alia*, depose some of the employees of Defendant Patriot Recycling and Processing. However, Plaintiffs will not know the identity of these employees until either 1) the aforementioned audit is conducted or 2) Defendant has adequately answered Plaintiffs' Interrogatories.[2]

4. Plaintiffs submit that the additional sixty (60) days for discovery will provide adequate time to discover the identity of the employees and conduct the necessary depositions.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

[2] Motions to Compel Answers to Interrogatories and Requests for Production are forthcoming.

Certificate of Service

I hereby certify that I caused a copy of the foregoing to be mailed this 11 day July 2006 by U.S. first-class mail to Fred J. Volpe, MOSCA AND VOLPE, P.O. Box 444, 130 Tower Hill Road, N. Kingstown, R.I. 02852.