**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.<br>Defendants. | : | |

**PLAINTIFFS' FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFENDANTS**

Pursuant to the Federal Rules of Civil Procedure 33, Plaintiffs hereby submit the following interrogatories to Defendant.

## I. DEFINITIONS AND INSTRUCTIONS

1. The term "Defendants" and "you" as used herein refers collectively to Patriot Hauling Co., Inc., Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc.

2. The term "Plaintiffs" or "Fund" as used herein refers to Teamsters Local 251 HSIP, its trustees, Fund Manager and agents, servants, employees, and attorney.

3. Document. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

4. Identify. When referring to a person or entity, "to identify" means to give, to the extent known, the person's or entity's full name, present or last known address, and when

referring to a natural person, the present or last known place of employment. Once a person or entity has been identified in accordance with this subparagraph, only the name of that person or entity need be listed in response to subsequent discovery requesting the identification of that person or entity.

5. Identify (With Respect to Documents). When referring to documents, "to identify" means to give, to the extent known, the

(a) type of document;

(b) general subject matter;

(c) date of the document; and

(d) author(s), addressee(s), and recipient(s).

6. Parties. The terms "Plaintiffs" and "Defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

7. Person. The term person is defined as any natural person or any business, legal, or governmental entity or association.

8. Covered Work. The term “covered work” is the work referred to in Article II of the collective bargaining agreement.

## II. INTERROGATORIES

1. State the full name, home address, position or title, duties and length of association or affiliation with Defendant(s) of the person or persons signing interrogatory answers.

2. Identify the type of business in which the following companies are currently or were formerly engaged, the geographic area in which the companies do or did business, the business address(es) and all current or former office locations of the companies, the companies' current or former post office box(es) by number and location, the companies' current or former business phone number(s) and directory listings and the companies' current or former membership status in any employer association.

a. Patriot Hauling Co., Inc.

b. Patriot Disposal Co., Inc.

c. Patriot Recycling and Processing, Inc.

3. Identify the following companies' current or former banking institution(s), branch location(s), and account number(s) of the companies' bank account(s) and the companies' payroll account(s)

a. Patriot Hauling Co., Inc.

b. Patriot Disposal Co., Inc.

c. Patriot Recycling and Processing, Inc.

4. Identify the following companies' current or former principal accountant(s), principal bookkeeper(s), and principal payroll preparer(s)

a. Patriot Hauling Co., Inc.

b. Patriot Disposal Co., Inc.

c. Patriot Recycling and Processing, Inc.

5. Identify the carrier and policy number for the following companies' current or former workers compensation carrier and other health insurance program(s)

a. Patriot Hauling Co., Inc.

b. Patriot Disposal Co., Inc.

c. Patriot Recycling and Processing, Inc.

6. Identify the federal and state taxpayer identification numbers for the following companies

a. Patriot Hauling Co., Inc.

b. Patriot Disposal Co., Inc.

c. Patriot Recycling and Processing, Inc.

7. Identify source(s) involved, reason(s) for, and date(s) of transfer(s) of any funds between Defendants.

8. Identify by name, address and job description each employee, supervisor and manager for each of the following companies from the inception of the companies to date

a. Patriot Hauling Co., Inc.

b. Patriot Disposal Co., Inc.

c. Patriot Recycling and Processing, Inc.

9. Identify the names and addresses of all customers, jobs and/or projects performed by each of the following companies from the date of inception of the companies to date including in your answer the dates of all jobs and/or projects

a. Patriot Hauling Co., Inc.

b. Patriot Disposal Co., Inc.

c. Patriot Recycling and Processing, Inc.

10. Identify all loans, gifts or other distributions including salaries paid by each of the following companies to their officers, directors, shareholders, owners and family

members of any of the foregoing including dates, amounts and repayment of such transactions from the inception of the corporation(s) to date.

11. Describe Patriot Hauling Co., Inc.'s financial and business relationship to Patriot Disposal Co., Inc., including but not limited to a common place of business, common employees, common payroll services, common accounting and/or bookkeeping services, common bank accounts, common use of utilities including phone, fax and leases of commercial space and equipment.

12. Describe Patriot Hauling Co., Inc.'s financial and business relationship to Patriot Recycling and Processing, Inc., including but not limited to a common place of business, common employees, common payroll services, common accounting and/or bookkeeping services, common bank accounts, common use of utilities including phone, fax and leases of commercial space and equipment.

13. Identify, by name, position and address, each witness, including expert witnesses, you will call to testify in this proceeding, stating the facts and, in the case of expert witnesses, the opinions to which each witness will testify.

14. Identify by sufficient description to support a request for production of documents any and all written records, recordings or documents that were used to assist you in answering these interrogatories, specifically indicating which document was used to assist in which interrogatory.

15. State in detail the basis of your denials to Paragraphs 12, 14, 15, 17 and 18 of the Complaint.

16. State whether any Defendant is a party to any written agreement(s) with Plaintiff Fund. If so, state the terms of such agreement(s).

17. State the name of each and every person (as defined above) that performed covered work (as defined above) for each of the following companies. For each person, state the date and the number of hours spent performing covered work.

a. Patriot Hauling Co., Inc.

b. Patriot Disposal Co., Inc.

c. Patriot Recycling and Processing, Inc.

18. Please state the contribution rate(s) under the CBA for the period of January 1, 2002 to the present.

19. State particularly the amount of contributions each Defendant submitted to the Fund for the period of January 1, 2002 to the present, when payment was made, and how Defendant(s) calculated the amount to be contributed to the Fund.

20. State for which months each Defendant submitted remittance reports to the Fund for the period of January 1, 2002 to the present and when the aforementioned remittance reports were submitted.

21. State particularly the amount of contributions, if any, each Defendant owes to the Fund and how Defendant(s) calculated the amount of contributions owed to the Fund.

22. If any Defendant owes contributions to the Fund, please state particularly and in detail why each Defendant has not paid these contributions.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

______________________________

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

Certificate of Service

I hereby certify that I caused a copy of the foregoing to be mailed this __ day ________ 2005 by U.S. first-class mail to Fred J. Volpe, MOSCA AND VOLPE, P.O. Box 444, 130 Tower Hill Road, N. Kingstown, R.I. 02852.

___________________________