**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs,<br><br>v.<br><br>PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.<br>Defendants. | : | C.A. No. 05-279T |

**PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now come Plaintiffs, through counsel, and hereby move this Court for an Order compelling Defendants to respond to Plaintiffs' Interrogatories within twenty days from hearing on this motion. A copy of Plaintiffs' Interrogatories, propounded on May 22, 2006, is attached hereto. At this time, Plaintiffs have received no response to the Interrogatories. Plaintiffs also request that this Court find that Defendants have waived their objections to the Interrogatories.

Plaintiffs state that a good faith effort to resolve this discovery dispute with Defendants' counsel has been made.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on October 11, 2006. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Fred J. Volpe
MOSCA AND VOLPE
P.O. Box 444
130 Tower Hill Road
N. Kingstown, R.I. 02852.

/s/ Elizabeth Wiens