UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and PAUL A. MACDONALD, in his official capacity as Executive Director | : | |
| v. | : | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC. and PATRIOT RECYCLING AND PROCESSING, INC. | : | |

**ENTRY OF APPEARANCE**

Robert P. Brooks of the law firm Adler Pollock & Sheehan P.C. hereby enters his appearance on behalf of Defendants Patriot Hauling Co., Inc., Patriot Disposal Co., Inc. and Patriot Recycling, and Processing, Inc.

Dated: December 11, 2006

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ Robert P. Brooks

Robert P. Brooks (#3721)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
rbrooks@apslaw.com

*Attorneys for Defendants*
*Patriot Hauling Co., Inc.*
*Patriot Disposal Co., Inc. and*
*Patriot Recycling and Processing, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Fred J. Volpe, Esq.
Mosca and Volpe
P.O. Box 444
130 Tower Hill Road
North Kingstown, RI 02852

/s/ Robert P. Brooks

*402000_1.doc*