UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH
SERVICES AND INSURANCE PLAN
and PAUL A. MACDONALD, in his
official capacity as Executive Director

v. C.A. No. 05-279T

PATRIOT HAULING CO., INC.,
PATRIOT DISPOSAL CO., INC. and
PATRIOT RECYCLING AND
PROCESSING, INC.

**WITHDRAWAL OF APPEARANCE**

Fred J. Volpe of the law firm of MOSCA and VOLPE hereby withdraws his appearance on behalf of Defendants Patriot Hauling Co., Inc., Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc..

Dated: December 27, 2006

MOSCA and VOLPE

/s/ Fred J. Volpe
Fred J. Volpe (#1891)
130 Tower Hill Road
North Kingstown, RI 02852
Tel: (401)295-5323
Fax: (401)295-7788
moscaandvolpe@mv.necoxmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Robert P. Brooks, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Fred J. Volpe