**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs,<br><br>v.<br><br>PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.<br>Defendants. | : | C.A. No. 05-279T |

**PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT**

Now come Plaintiffs, through counsel, and hereby move this Court for judgment of default, pursuant to Fed. R. Civ. P. 37(b)(2)(C), due to Defendants' failure to comply with two Orders of this Court.

As reason therefore, Plaintiffs offer the accompanying Affidavit of Elizabeth Wiens, Esq.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on January 11, 2007. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Fred Joseph Volpe
Mosca and Volpe
130 Tower Hill Road
P.O. Box 444
North Kingstown, RI 02852

Michael D. Chittick
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

Robert P. Brooks
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

/s/ Elizabeth Wiens