UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | |
| v. | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC. Defendants. | |

**AFFIDAVIT OF ELIZABETH WIENS IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am the Attorney of Record for Teamsters Local 251 Health Services and Insurance Plan ("the Plan"), a joint labor-management employee benefit plan which provides health and other benefits to members of Teamsters Local 251.

2. On or about June 27, 2005, Plaintiffs filed the instant lawsuit against Defendants seeking an audit and collection of delinquent contributions under ERISA, 29 U.S.C. § 1101 et. seq.

3. On or about May 22, 2006, Plaintiffs propounded Interrogatories and Requests for Production to Defendants. Plaintiffs have not to this day received any response to their discovery requests.

4. On July 5, 2006, I sent Defendant's counsel, Fred Volpe, correspondence requesting a preliminary conference regarding the outstanding discovery requests, asking

that he reply to the correspondence within ten days. Defendant's counsel replied with a letter dated July 10, 2006, asking the auditor to contact him to arrange a mutually convenient time for an audit.

5. In or about November 2006, I spoke with Defendants' attorney, Fred Volpe, and requested that he provide answers to Plaintiffs' discovery requests.

6. On November 11, 2006, Plaintiffs filed Motions to Compel Plaintiffs' Discovery Requests.

7. The aforementioned Motions were granted Rule of Court on December 12, 2006.

8. On December 21, 2006, I sent correspondence to Fred Volpe asking him to provide answers to Plaintiffs' outstanding discovery requests. I also informed him that if I did not receive responses by January 5, 2007, I would file a Motion for Default with the Court.

9. I spoke with Fred Volpe on December 28, 2006 and he informed me that he received my correspondence and would forward my correspondence to Defendants' other attorneys, Robert Brooks and Michael Chittick.

10. To this date, Plaintiffs have received no responses to their discovery requests and this Court's Orders have not been complied with.

11. In light of the foregoing, Plaintiffs request that the Court enter judgment against Defendants and order Defendants to submit to an audit within fourteen days.

13. Plaintiffs further request attorneys' fees and costs pursuant to 29 U.S.C. §§ 1132 and 1145.

14. Finally, Plaintiffs request permission to file a Proof of Claim after they receive the results of the audit.

Dated:

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens

Subscribed and worn to before me, by Elizabeth Wiens, this 11th day of January, 2007.

Kathleen Sullivan
NOTARY PUBLIC
My commission expires: 4/15/09