UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD<br>Plaintiff, | ) | |
| v. | ) | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.<br>Defendants. | ) | |

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT**

Now come Defendants, Patriot Hauling Co., Inc., Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc., through the undersigned counsel, and object to Plaintiffs' Motion for Default due to Defendants' failure to comply with two discovery orders of the Court.

In support of this Objection, Defendants rely on the memorandum filed contemporaneously herewith.

Defendants,
PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC. and PATRIOT RECYLING AND PROCESSING, INC.
By their attorneys,

/s/ Robert P. Brooks

ROBERT P. BROOKS (#3721)
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
mchittick@apslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Fred J. Volpe, Esq.
Mosca and Volpe
P.O. Box 444
130 Tower Hill Road
North Kingstown, RI 02852

/s/ Robert P. Brooks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD<br>Plaintiff, | ) | |
| v. | ) | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.<br>Defendants. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT**

This Memorandum is filed in furtherance of Defendants' Objection to Plaintiffs' Motion for Judgment by Default. As grounds for Defendants' objection, the undersigned counsel notes that the Court Orders granting Plaintiffs' motions to compel answers to interrogatories and production of documents were granted on the same day that the undersigned counsel entered its appearance on behalf of Defendants. The undersigned counsel has contacted Defendants and explained the necessity of providing the information requested by Plaintiffs in its original discovery requests and in the motion to compel. The undersigned counsel has also spoken with Plaintiffs' counsel, Mr. Gursky, in an effort to narrow the information to be provided and pursue a possible settlement, and it has been agreed that Defendants will begin by providing the payroll information requested by Plaintiffs.

Defendants pray that this Court deny Plaintiffs' motion for default and allow Defendants an additional thirty (30) days in which to respond to Plaintiffs' discovery requests.

Respectfully submitted,

Defendants,
PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC. and PATRIOT RECYLING AND PROCESSING, INC.
By their attorneys,

/s/ Robert P. Brooks

ROBERT P. BROOKS (#3721)
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
mchittick@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Fred J. Volpe, Esq.
Mosca and Volpe
P.O. Box 444
130 Tower Hill Road
North Kingstown, RI 02852

/s/ Robert P. Brooks

*406743_1.doc*