**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES
AND INSURANCE PLAN, ET AL.

Plaintiffs

v. C.A. No. 05-279T

PATRIOT HAULING CO., INC., ET AL.

Defendants

**ORDER ON MOTION TO COMPEL**

Treating the plaintiffs' motion for entry of default judgment as a motion to compel defendants to submit to an audit and after hearing thereon, it is hereby

ORDERED, ADJUDGED AND DECREED

Defendants Patriot Hauling, Co., Inc., Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc. shall submit to an audit as requested by the plaintiffs. This audit shall commence by the close of business on Wednesday, April 4, 2007.

By Order

[signature]

Deputy Clerk

ENTER:

[signature]

Ernest C. Torres
Senior U.S. District Judge
Date: 3/23/07