UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and PAUL A. MACDONALD, in his official capacity as Executive Director | : | |
| v. | : | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC. and PATRIOT RECYCLING AND PROCESSING, INC. | : | |

**WITHDRAWAL OF APPEARANCE**

I, Michael D. Chittick, hereby withdraw my appearance on behalf of Defendants, Patriot Hauling Co., Inc., Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc., in the above-captioned matter. Attorney Robert P. Brooks of the law firm of Adler Pollock & Sheehan P.C. remains counsel of record for Defendants.

/s/ Michael D. Chittick

MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: June 29, 2007
mchittick@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

/s/ Michael D. Chittick

*422060_1.doc*