**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.<br>Defendants. | : | |

**PLAINTIFFS' MOTION TO POSTPONE SETTLEMENT CONFERENCE AND COMPEL COMPLIANCE WITH AN ORDER OF THIS COURT**

Now come Plaintiffs, through counsel, and hereby request that the settlement conference, currently scheduled for Wednesday, April 2, 2008 at 2:00 p.m., be postponed based on the following: By order of the Court, an audit was conducted of Defendants' records on behalf of Plaintiffs in or about April 2007. The auditor reviewed Defendants' payroll records to determine the number of hours of covered work performed by <u>members of Teamsters Local 251</u>. On March 26, 2008, Plaintiffs' counsel took the 30(b)(6) deposition of the Defendants. Based on the testimony, it appears that a second audit is necessary to calculate the number of hours of covered work performed by <u>non-union members</u>. Accordingly, Plaintiffs request that the conference be postponed until after another audit is conducted. With Defendants' cooperation, Plaintiffs will schedule the audit as soon as possible.

Further, pursuant to a December 12, 2006 Order of this Court, Defendants are required to produce their payroll records. Plaintiffs' First Request for Production of Documents, no. 13, requested "all payroll reports… or other documents indicating wages or hours of any and all of Defendants' drivers and warehouse employees." Defendants failed respond to the Request and, on December 12, 2006, the Court granted Plaintiffs' Motion to Compel Responses to their Request for Production. Subsequently, Defendants forwarded Supplemental Responses to Plaintiffs' First Request for Production of Documents to Plaintiffs, which provides, "[w]ith regard to Defendants, Patriot Hauling Co., Inc. … Defendants shall permit Plaintiffs to inspect and copy records responsive to Request No. 13, which will be made available for inspection at Defendants' offices."

The documents were never physically provided to Plaintiffs. Plaintiffs request that this Court order Defendants to produce Patriot Hauling's payroll records, as already required by its December 12, 2006 Order, with ten days. It is necessary that Plaintiffs' auditor review these records as soon as possible in order to assess Plaintiffs' damages.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on March 28, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Robert P. Brooks, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Elizabeth Wiens