**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | |
| v. | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.<br>Defendants. | |

**PLAINTIFFS' MOTION TO CONTINUE HEARING**

Now come Plaintiffs, through counsel, and hereby request that the hearing on Plaintiffs' Motion for Default, currently scheduled for May 5, 2008 at 11:00 a.m. be rescheduled to May 7, 2008 at 10:00 a.m. As reason therefore, Plaintiffs state that its counsel will be out of town on May 5, 2008. Plaintiffs' counsel has spoken to Defendants' counsel and he has no objection to the instant Motion.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd. Ste. C
North Kingstown, R.I. 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that I electronically filed the within Motion on April 23, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Robert P. Brooks, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

/s/ Elizabeth Wiens