UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD<br>Plaintiff, | : | |
| v. | : | C.A. No. 05-279T |
| PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC., and PATRIOT RECYCLING AND PROCESSING, INC.<br>Defendants. | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CONTINUE HEARING**

Now come Defendants, Patriot Hauling Co., Inc., Patriot Disposal Co., Inc. and Patriot Recycling and Processing, Inc., and hereby respond that they have no objection to the hearing date on Plaintiffs' Motion for Default currently scheduled for May 5, 2008 being rescheduled to May 7, 2008.

Defendants,
PATRIOT HAULING CO., INC., PATRIOT DISPOSAL CO., INC. and PATRIOT RECYLING AND PROCESSING, INC.
By their attorneys,

*/s/ Robert P. Brooks*

ROBERT P. BROOKS (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
Dated: April 23, 2008

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that on this 23rd day of April, 2008, I did send a true copy of the within Response to Plaintiffs' Motion to Continue Hearing by electronic means (ECF) to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

*/s/ Robert P. Brooks*

*452294_1.doc*